Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Adedapo Abiodun and Heyden Petroleum, Ltd. | Case No.: |
| Plaintiffs, | **PLAINTIFF HEYDEN PETROLEUM, LTD.'S DISCLOSURE STATEMENT** |
| v. | |
| Smith Maritime Inc.; Marcon International, Inc.; Tug Elsbeth II *in rem*; and DOES 1 through 20, | |
| Defendants. | |

Plaintiff Heyden Petroleum, Ltd. makes the following Disclosure Statement:

1) There is no parent corporation or any publicly held corporation that owns 10% or more of Heyden Petroleum, Ltd.;

2) Heyden Petroleum, Ltd. is unaware of a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

RESPECTFULLY SUBMITTED,

Dated: September 20, 2010

HOLLAND & KNIGHT LLP

Timothy J. Conner, Esq.
Florida Bar No. 767580
50 North Laura Street
Suite 3900
Jacksonville, Florida 32202
Telephone: (904) 353-2000
Facsimile: (904) 358-1872
Attorneys for Plaintiffs

ABIODUN.SMARITIME

#9783811_v1

-1-

Case No.

DISCLOSURE STATEMENT