UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN ADMIRALTY

ADEDAPO ABIODUN, and
HEYDEN PETROLEUM, LTD.,

    Plaintiffs,                                        Case No. 3:10-cv-859-J-32JRK

vs.

SMITH MARITIME INC., MARCON
INTERNATIONAL, INC., and TUG
*ELSBETH II*, *in rem*,

    Defendants.
_____/

**PLAINTIFFS' STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, Adedapo Abiodun and Heyden Petroleum, Ltd., by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and by stipulation of the undersigned Defendants' counsel, hereby files their voluntary dismissal without prejudice for claims against Defendants, Smith Maritime, Inc., Marcon International, Inc., and the Tug *Elsbeth II*. By stipulation of the parties, each party shall bear their own attorneys fees and costs.

Dated: November 22, 2011.        Respectfully submitted,

                                              *s/ James W. Stroup*
                                              James W. Stroup
                                              Florida Bar No.: 842117
                                              *Attorneys for Plaintiff*
                                              STROUP & MARTIN, P.A.
                                              119 Southeast 12th Street
                                              Fort Lauderdale, Florida 33316
                                              Telephone:  (954) 462-8808
                                              Fax: (954) 462-0278
                                              E-mail: jstroup@strouplaw.com

**Stipulation to Voluntary Dismissal without Prejudice**

Defendants, Smith Maritime, Inc. and Marcon International, Inc., through their respective counsel stipulate to the Plaintiffs' voluntary dismissal without prejudice and agree that each party shall bear their own attorneys fees and costs in this action.

Respectfully submitted,

*s/ Phillip A. Buhler*
Phillip A. Buhler
Florida Bar No.: 0793124
*Attorneys for Defendant Smith Maritime, Inc.*
MOSELEY PRICHARD PARRISH KNIGHT & JONES
501 West Bay Street
Jacksonville, FL   32202
Telephone:  (904) 356-1306
Facsimile:   (904) 354-0194
Email:  pabuhler@mppkj.com

*s/ Thomas Fitzhugh III*
Thomas C. Fitzhugh
Trial Counsel - LR 11.2
*Attorneys for Defendant Marcon International, Inc.*
FITZHUGH & ELLIOT, P.C.
12727 Kimberley Lane, Suite 302
Houston, TX   77024
Telephone:  (713) 465-7395
Facsimile:   (713) 465-0845
Email: tcf@longshore.org

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on November 22, 2011, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on Thomas C. Fitzhugh, III, Esq., Fitzhugh &

Elliott, PC, Counsel for Defendant Marcon International, Inc., 12727 Kimberly Lane, Suite 302, Houston, Texas 77024; Christopher P. Boyd, Esq., Taylor, Day, Currie, Boyd & Johnson, P.A., Counsel for Defendant Marcon International, Inc., 50 N. Laura Street, Suite 3500, Jacksonville, Florida 32202; and Phillip A. Buhler, Esq., Moseley, Prichard, Parrish, Knight & Jones, Counsel for Defendant Smith Maritime Inc. and Tug Elsbeth II, 501 W. Bay Street, Suite 200, Jacksonville, Florida 32202 via transmission of Notices of Electronic Filing generated by CM/ECF.

                                              *s/ James W. Stroup*
                                              James W. Stroup
                                              Florida Bar No.: 842117